A. S. BURNHAM, APPELLANT, VS. J. B. DRIGGERS, APPELLEE.

Appellate Practice—Certifying Transcript of Record—Appeal from Intrrlocutory Decrees After Final Decree of Dissmissal.

1. A certificate of the circuit clerk to a transcript of record on appeal stating simply that certain numbered pages contained a correct transcript of the record of the judgment, and a true and correct recital of such papers and proceedings in said cause, as appears upon the record and files of his office, that had been directed to be included in the transcript by the written demands of the parties, is fatally defective because of its omission of the words: "And copy of all," immediately after the word "Recital."

2. Where there is a final decree that dissolves an injunction previously granted and dismisses the bill, there can be no appeal solely from that feature of said decree that dissolves the injunction, and such an appeal, that does not also include the feature of the decree that dismisses the bill, will be dismissed.

Appeal from the Circuit Court for DeSoto County.

Motion to dismiss Appeal.

*Isaac H. Trabue and R. W. Williams* for Motion.

*H. J. Spence,* contra.

PER CURIAM.

A motion has been made to dismiss the appeal in this, a chancery, case.

The certificate of the clerk to the transcript certifies that certain numbered pages of the transcript contained a correct transcript of the record of the judgement in the above stated case, and a true and correct recital of such papers and proceedings in said cause, as appeared upon the record and files of his office that had been directed to be included in the transcript by the written demands of the parties.

The decree in the case dissolved an injunction that had previously been granted and dismissed the bill, and the appeal, as appears from the recital before the court, was from the part of the decree dissolving the injunction as it was construed in the case of Stockton v. Harmon, 32 Fla. 312, 13 South. Rep. 833.

The attempted appeal must be dismissed both for the reasons that the certificate is defective, and that there can be no separate appeal from an order dissolving an injunction while there is a standing order dismissing the bill.

An order dismissing the appeal will be entered.